No. 407. NEW YORK MARINE CO. v. CRANBERRY CREEK COAL CO. ET AL.;
No. 408. SAME v. LOUGHLIN;
No. 409. SAME v. HOWARD;
No. 410. SAME v. SINRAM BROTHERS, INC.; and

No. 411. Same *v.* Red Star Towing & Transportation Co. October 28, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Chauncey I. Clark* for petitioner. *Messrs. John C. Prizer* and *Carroll Single* for respondents.